IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| HENRY G. HOBBS, JR., | § § § § § | |
| Acting U.S. Trustee, | | |
| Appellant/Cross-Appellee, | | |
| v. | § § § | |
| BUFFETS, LLC; OCB RESTAURANT COMPANY, LLC; FIRE MOUNTAIN RESTAURANTS, LLC; TAHOE JOE'S, INC.; OCB PURCHASING CO.; HOMETOWN BUFFET, INC.; and RYAN'S RESTAURANT GROUP, LLC, | § § § § § § § § § | **No. 5:19-CV-173-DAE** |
| Appellees/Cross-Appellants. | § § | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS

**ORDER HOLDING APPEAL IN ABEYANCE AND STAYING BRIEFING DEADLINES**

Having considered the agreed motion of Appellant Henry G. Hobbs, Jr., the Acting U.S. Trustee for Region 7, to hold this appeal in abeyance, all papers in support of the motion, and the parties' agreement, this Court finds that the Motion should be GRANTED.

Therefore, it is ORDERED that:

1.  This appeal shall be held in abeyance and all briefing deadlines shall be stayed;

2.  If this Court grants the U.S. Trustee's motion to certify the order on appeal for direct appeal to the Fifth Circuit ("Motion to Certify") (Dkt. No. 6) and the Fifth Circuit subsequently authorizes a direct appeal, then the stay shall continue and the briefing schedule shall not be reinstated; however,

3.  If this Court denies the U.S. Trustee's Motion to Certify or alternatively, if this Court grants the Motion to Certify, but the Fifth Circuit denies the U.S. Trustee leave to appeal directly to the court of appeals, the U.S. Trustee shall have 21 days after entry of this Court's order denying the Motion to Certify or the Fifth Circuit's order denying leave to take a direct appeal to file his principal brief in this appeal and the remainder of the briefing schedule entered by this Court on April 22, 2019 (Dkt. No. 9) shall be reinstated as follows:

    i.      Buffets, LLC *et al.* (collectively "Buffets") shall file its combined principal and response brief within fifty-eight (58) days after the U.S. Trustee's principal brief is served;

    ii.     The U.S. Trustee shall file his combined response and reply brief within 30 days after Buffets' principal and response brief is served.

    iii.    Buffets shall file its reply brief within 14 days after the U.S. Trustee's response and reply brief is served, but at least 7 days before scheduled argument unless the Court, for good cause, allows a later filing.

    iv.     The entry of this order is without prejudice to the parties requesting an additional extension of time upon either agreement or a showing of sufficient cause.

Dated:  June 3, 2019

_____
David Alan Ezra
Senior United States District Judge